Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Jose Leon

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LEON, | No. 1:11-CV-00370-AWI-GSA |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |
| vs. | |
| ARSHANI PAPIKIAN, et al., | |
| Defendants. | |

WHEREAS, no Defendant has filed an answer or a motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter to their mutual satisfaction;

WHEREAS, no counterclaim or cross-claim has been filed in this action;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: June 20, 2011                      MOORE LAW FIRM, P.C.


/s/ Tanya E. Moore
Tanya E. Moore
Attorneys for Plaintiff Jose Leon

*Leon v. Papikian, et al.*
Notice of Voluntary of Dismissal; Order

Page 1

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   June 20, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE